[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11255

Non-Argument Calendar

_____

LENA MARIE LINDBERG,

                                            Plaintiff-Appellant,

*versus*

GEORGE W. MAXWELL, III,
Attorney/Senior Judge,
CHRISTINA MARIE SANCHEZ SERRANO,
Domestic Violence Injunction Judge,
GEORGE C. TURNER, JR.,
WILLIAM DAVID DUGAN,
Circuit Judges,
MICHELLE L. NABERHAUS,
Family Judge, et al.,

2                    Opinion of the Court              23-11255

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01587-RBD-DCI

_____

Before WILSON, ROSENBAUM, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The statutory time limit required Lena Lindberg to file a notice of appeal on or before May 18, 2022, which was 30 days following the date judgment was deemed entered on the district court's November 18, 2021 dismissal order. Fed. R. Civ. P. 58(a); Fed. R. App. P. 4(a)(7)(A), 26(a)(1)(C). However, Lindberg did not file a notice of appeal until April 8, 2023.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

23-11255                Opinion of the Court                3

All pending motions are denied as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.